2/6/2019

CRIMINAL DOC FOR CASE # 1:92-CR-10053-WGY-1

CASE TITLE: USA v CLARY.E + al

Andrew Clary

FILED IN CLERKS OFFICE
2019 FEB -6 PM 3:40
U.S. DISTRICT COURT
DISTRICT OF MASS.

I Andrew Clary of 1430 Blue Hill Ave Mattapan MA 02126 is Requesting For:
CASE # 1:92-CR-10053-WGY-1:
Receipt of Firarm while under indictment 2/19/92
To be Sealed.

I have followed all the required guidelines and have changed my life complefly around sence then. 27 years ago and will continue to do so. A sealed clean record is my goal to have and it would be highly appriciated and will help me have clear mind to keep moving forward with my life.

I think you for taking the time to read this letter.

*[signature]*